**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-1215**

---

ASSEGID ASSEFA NADEW,

Petitioner,

versus

JOHN ASHCROFT, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A75-374-330)

---

Submitted: September 30, 2003       Decided: October 7, 2003

---

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Mikre-Michael Ayele, Arlington, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, David V. Bernal, Assistant Director, Jennifer Paisner, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Assegid Assefa Nadew, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board"). The order, entered on January 23, 2003, denied Nadew's motion to reconsider the Board's June 24, 2002 order, affirming without opinion, the immigration judge's order denying his applications for asylum and withholding of removal. Because Nadew did not raise the denial of the motion for reconsideration in his brief, we deem this issue abandoned. See Edwards v. City of Goldsboro, 178 F.3d 231, 241 (4th Cir. 1999). Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2